John Deir et al., Appellees, v. Retirement Board of Municipal Employees' Annuity and Benefit Fund of Chicago and Catherine McDonnell Braun, Defendants. Catherine McDonnell Braun, Appellant.

Gen. No. 41,800.

Heard in second division, first district; opinion filed July 1, 1941; rehearing stricken September 17, 1941. David F. Matchett, Jr., for appellant; Joseph T. Harrington, for appellees; Charles G. Culver, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''